*Richard L. Sullivan* for petitioner. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Messrs. M. Leo Looney, Jr., Paul A. Sweeney,* and *W. Marvin Smith* for respondent.

No. 286. CHADICK *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. B. D. Tarlton* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Earl C. Crouter* for the United States.

Nos. 291, 292, 293, 294, and 295. BALKWILL *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. W. W. Spalding* and *W. H. Annat* for petitioner. *Solicitor General Reed,. Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 296. HOAGE, DEPUTY COMMISSIONER, ET AL. *v.* HARTFORD ACCIDENT & INDEMNITY CO. October 14, 1935. Petition for writ of certiorari, to the United States Court of Appeals for the District of Columbia denied. *Solicitor General Reed* and *Mr. E. S. Brashears* for petitioners. *Mr. Cornelius H. Dorety* for respondent.

No. 298. NIAGARA FALLS POWER CO. *v.* WATER POWER AND CONTROL COMMISSION OF NEW YORK. October 14,